# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

Rehearing No. 567

1 November 2009

136680

EDITH KYSER,
   Plaintiff-Appellee,

v

KASSON TOWNSHIP,
   Defendant-Appellant.

_____

SC: 136680
COA: 272516
Leelanau CC: 04-006531-CZ

   On order of the Court, the motion for rehearing is considered, and it is DENIED.

   KELLY, C.J. and CAVANAGH, J., would grant rehearing.

   DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2010

          Clerk